UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Matthew Wineland,

Plaintiff,

v.

Commissioner of Social Security,

Defendant.

Case No. 3:25-cv-2651

ORDER AND
JUDGEMENT ENTRY

On July 29, 2026, United States Magistrate Judge Jonathan D. Greenberg issued a Report and Recommendation ("R & R") recommending I dismiss this case for want of prosecution and for failure to obey an Order of the Court or, alternatively, that I grant Defendant's Motion to Dismiss, (Doc. No. 5). (Doc. No. 7). In the R & R, he notified the parties:

> **Any objections to this Report and Recommendation must be filed with the Clerk of Courts within fourteen (14) days after being served with a copy of this document. Failure to file objections within the specified time may forfeit the right to appeal the District Court's order. *Berkshire v. Beauvais*, 928 F.3d 520, 530-31 (6th Cir. 2019).**

(*Id.* at 3).

More than fourteen days passed, and no party filed any objection to the R & R. I consider the failure to file objections to "constitute a waiver of subsequent review," Local R. 72.3(b), and adopt Judge Greenberg's R & R in its entirety as the final Order of this Court. (Doc. No. 7). Specifically, I grant Defendant's motion to dismiss this case as untimely, (Doc. No. 5), and conclude the case is also subject to dismissal for want of prosecution.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge